IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Angela Shepard, Carol Rhea, Jackie Sears, Cynthia Hushaw, Evaristo Bungcayao, Rebecca Molina, Monica Dominguez, and Shirley Young,<br><br>    Plaintiffs,<br><br>    v.<br><br>COMSYS Information Technology Services, Inc.; COMSYS Services LLC; Capital One Financial Corp., Greenpoint Mortgage Funding Inc. and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.: CV 09 5722 PJH<br><br>[~~proposed~~] ORDER OF DISMISSAL OF CAPITAL ONE FINANCIAL CORP. WITH PREJUDICE |

By stipulation of the parties, and pursuant to Rule 41(a)(1), Defendant Capital One Financial Corp. is hereby DISMISSED FROM THIS ACTION WITH PREJUDICE. IT IS SO ORDERED.

Dated: 7/26/10

_____
Honorable Phyllis J. H.
United States District

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

[proposed] ORDER OF DISMISSAL WITH PREJUDICE