1

2

3

4

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10

11

Angela Shepard, Carol Rhea, Jackie Sears, Cynthia Hushaw, Evaristo Bungcayao, Rebecca Molina, Monica Dominguez, and Shirley Young,

**Case No.: CV 09 5722 PJH**

12

13

Plaintiffs,

**[proposed] ORDER OF DISMISSAL WITH PREJUDICE**

14

15

v.

16

COMSYS Information Technology Services, Inc.; COMSYS Services LLC; Capital One Financial Corp., Greenpoint Mortgage Funding Inc. and DOES 1-50, inclusive,

17

18

19

Defendants.

20

21

22

23

By stipulation of the parties, and pursuant to Rule 41(a)(1), this action is hereby DISMISSED

24

WITH PREJUDICE. IT IS SO ORDERED.

25

26

Dated:___7/26/10_____

_____

27

Honorable Phyllis ____

United States District ____

28

IT IS SO ORDERED

Judge Phyllis J. Hamilton